| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK | REPORTER/TAPE NO. |
|---|---|---|
| | Betty Fong | 9:46-9:53a (7m) |

| MAGISTRATE JUDGE | DATE | | CASE NUMBER |
|---|---|---|---|
| EDWARD M. CHEN | April 23, 2007 | ☐ NEW CASE | 3-07-70242 EMC |

**APPEARANCES**

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | ☐ PD. |
|---|---|---|---|---|---|
| Francisco Ramirez-Vasquez | | Y | P | Ronald Tyler, spec. app. | ☐ APPT. ☐ RET. |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFIDAVIT SUBMITTED ☐ |
|---|---|---|
| Traci Brown | Spanish - Melinda Basker | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ COUNSEL APPOINTED ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |
| | Brad Wilson | |

**PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | INITIAL APPEARANCE | ☐ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☐ | I.D. COUNSEL | ☐ | OR ARRAIGNMENT | ☐ | BOND POSTING/ SIGNING | ☐ | IA ON PETITION TO REVOKE PROB. | ☐ | TRIAL |
| ☐ | DETENTION HEARING | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ | OTHER |

**INITIAL APPEARANCE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ | ADVISED OF RIGHTS | ☒ | ADVISED OF CHARGES | ☒ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |

**ARRAIGNMENT**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED ☐ SUBSTANCE STATED | ☐ | WAIVER OF INDICTMENT FILED |

**RELEASE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ | PASSPORT SURRENDERED DATE: |

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: |
|---|---|---|
| ☐ CASH $ | ☐ CORPORATE SECURITY | ☐ |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ | MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED ☐ RELEASED | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ | REMANDED TO CUSTODY |

| ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|
| | |

**PLEA**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | OTHER: ☐ | |

**CONTINUANCE**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TO: 4/26/07 | ☒ | I.D. COUNSEL | ☐ | BOND POSTING/ SIGNING | ☐ | STATUS RE: CONSENT | ☐ JURY TRIAL |
| AT: 9:30 a.m. | ☒ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGNMENT | ☐ | PLEA | ☐ BOND HEARING |
| BEFORE HON. EMC | ☒ | DETENTION HEARING | | | ☐ | TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | Govt to submit order | | ☐ | IDENTITY/REMO VAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | | ☐ | TRIAL SETTING | ☐ | COURT TRIAL | ☐ STATUS |

**ADDITIONAL PROCEEDINGS**

Defendant is ordered to appear before EMC on 4/26/07 at 9:30 a.m. to Submit Financial Affidavit / ID Counsel / Detention Hearing / Set Date for Preliminary Hearing or Arraignment.
cc: Pretrial