☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Betty Fong | | REPORTER/TAPE NO.<br>9:47-9:54a (7m) | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>EDWARD M. CHEN | DATE<br>April 26, 2007 | | ☐ NEW CASE | CASE NUMBER<br>3-07-70242 EMC |

### APPEARANCES

| DEFENDANT<br>Francisco Ramirez-Vasquez | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ronald Tyler | ☒ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Traci Brown | INTERPRETER<br>Spanish - Melinda Basker | | | FIN. AFFIDAVIT SUBMITTED ☒<br>DEFENDANT ELIGIBLE FOR<br>APPOINTED COUNSEL ☒<br>COUNSEL APPOINTED ☒<br>PARTIAL PAYMENT OF CJA<br>FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | | |

FILED APR 26 2007 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD *)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | INITIAL APPEARANCE | ☐ | PRELIMINARY HEARING | ☐ | MOTION | ☐ | JUDGMENT & SENTENCING | ☐ | STATUS |
| ☒ | I.D. COUNSEL | ☐ | OR ARRAIGNMENT | ☐ | BOND POSTING/ SIGNING | ☐ | IA RETURN TO REVOKE PROB. | ☐ | TRIAL |
| ☒ | DETENTION HEARING Not Held | ☐ | REMOVAL HEARING | ☐ | CHANGE OF PLEA | ☐ | PROB. REVOC. OR SUPV. REL. HRG. | ☐ | OTHER |

### INITIAL APPEARANCE

| ☐ | ADVISED OF RIGHTS | ☐ | ADVISED OF CHARGES | ☐ | NAME AS CHARGED IS TRUE NAME | ☐ | TRUE NAME: |
|---|---|---|---|---|---|---|---|

### ARRAIGNMENT

| ☐ | ARRAIGNED ON INFORMATION | ☐ | ARRAIGNED ON INDICTMENT | ☐ | READING WAIVED SUBSTANCE STATED | ☐ | WAIVER OF INDICTMENT FILED |
|---|---|---|---|---|---|---|---|

### RELEASE

| ☐ | RELEASED ON O/R | ☐ | ISSUED APPEARANCE BOND | ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ | PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED  $        REAL PROPERTY:
☐ CASH       ☐ CORPORATE SECURITY     ☐

| ☐ | MOTION FOR DETENTION | ☐ | PRETRIAL SERVICES REPORT ORDERED | ☐ | DETAINED | ☐ | RELEASED | ☐ | DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ | REMANDED TO CUSTODY |
|---|---|---|---|---|---|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                    OTHER:

### PLEA

| ☐ | CONSENT ENTERED | ☐ | NOT GUILTY | ☐ | GUILTY | ☐ | GUILTY TO COUNTS: |
|---|---|---|---|---|---|---|---|
| ☐ | PRESENTENCE REPORT ORDERED | ☐ | CHANGE OF PLEA | ☐ | PLEA AGREEMENT FILED | ☐ | OTHER: |

### CONTINUANCE

| TO: 5/1/07 | ☐ | I.D. COUNSEL | ☐ | BOND POSTING/ SIGNING | ☐ | STATUS RE: CONSENT | ☐ | JURY TRIAL |
|---|---|---|---|---|---|---|---|---|
| AT: 9:30 a.m. | ☐ | SUBMIT FINAN. AFFIDAVIT | ☐ | PRELIMINARY HEARING OR ARRAIGNMENT | ☐ | PLEA | ☐ | BOND HEARING |
| BEFORE HON. EDL | ☒ | DETENTION HEARING | | | ☐ | TO HEAR MOTIONS | ☐ | JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | Govt to submit order | | ☐ | IDENTITY/REMOVAL HEARING | ☐ | PRETRIAL CONFERENCE | ☐ | PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | | ☐ | TRIAL SETTING | ☐ | COURT TRIAL | ☐ | STATUS |

### ADDITIONAL PROCEEDINGS

Defendant requested to reset detention hearing for 5/1/07 at 9:30 a.m. before EDL since pretrial report was not ready. Defendant is also ordered to appear before EDL on 5/21/07 at 9:30 a.m. for preliminary hearing/arraignment. Government to submit order excluding time from today to 5/21/07.

cc: Pretrial / Lili