☐ DOCUMENTS UNDER SEAL

| **MAGISTRATE JUDGE MINUTE ORDER** | **DEPUTY CLERK** Betty Fong | **REPORTER/TAPE NO.** 2:41-3:13p (32m) | |
|---|---|---|---|
| **MAGISTRATE JUDGE** Edward M. Chen | **DATE** May 9, 2007 | ☐ NEW CASE | **CASE NUMBER** 3-07-70242 EMC |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | ☐ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| Francisco Ramirez-Vasque | | N | P | Ron Tyler | |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFIDAVIT SUBMITTED ☐ |
|---|---|---|
| Tracie Brown/Denise Barton | Monique Inciarte - Spanish | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)

| | | | | |
|---|---|---|---|---|
| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☒ STATUS |
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

☐ ADVISED OF RIGHTS    ☐ ADVISED OF CHARGES    ☐ NAME AS CHARGED IS TRUE NAME    ☐ TRUE NAME:

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION    ☐ ARRAIGNED ON INDICTMENT    ☐ READING WAIVED SUBSTANCE STATED    ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R    ☐ ISSUED APPEARANCE BOND ➡    AMOUNT OF SECURITY    AMOUNT RECEIVED $    ☐ PASSPORT SURRENDERED DATE:

PROPERTY POSTED/TO BE POSTED    REAL PROPERTY:
☐ CASH    ☐ CORPORATE SECURITY    ☐

☐ MOTION FOR DETENTION    ☐ PRETRIAL SERVICES REPORT ORDERED    ☐ DETAINED    ☐ RELEASED    ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED    ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF    OTHER:

### PLEA

☐ CONSENT ENTERED    ☐ NOT GUILTY    ☐ GUILTY    ☐ GUILTY TO COUNTS:
☐ PRESENTENCE REPORT ORDERED    ☐ CHANGE OF PLEA    ☐ PLEA AGREEMENT FILED    ☐ OTHER:

### CONTINUANCE

TO:    ☐ I.D. COUNSEL    ☐ BOND POSTING/ SIGNING    ☐ STATUS RE: CONSENT    ☐ JURY TRIAL
AT:    ☐ SUBMIT FINAN. AFFIDAVIT    ☐ PRELIMINARY HEARING OR ARRAIGNMENT    ☐ PLEA    ☐ BOND HEARING
BEFORE HON.    ☐ DETENTION HEARING    ☐ TO HEAR MOTIONS    ☐ JUDGMENT & SENTENCING
Govt to submit order
☐ TIME WAIVED    ☐ IDENTITY/REMOVAL HEARING    ☐ PRETRIAL CONFERENCE    ☐ PROBATION REV. HEARING
☐ TIME EXCLUDABLE UNDER 18 § USC 3161    ☐ TRIAL SETTING    ☐ COURT TRIAL    ☐ STATUS

### ADDITIONAL PROCEEDINGS

Court facilitated scheduling of depositions of material witness in Case #3-07-70245 EMC. First deposition to begin on 5/14/07 at 12:30p. If depositions do not going forward as scheduled, AFPD Ron Tyler shall file formal objection to motion for rule 15 deposition filed in Case #3-07-70245EMC by 5/16/07 at 9:00 a.m. Court will then issue order.

COPIES SENT TO:    D0CUMENT NUMBER: