AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

## OFFENSE CHARGED

18 U.S.C. § 4 -- Misprision of a Felony

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
3 years imprisonment; $250,000 fine; 1 year supervised release; $100 special assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*

*MAY 1 0 2007*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**DEFENDANT - U.S.**

► FRANCISCO RAMIREZ-VASQUEZ

DISTRICT COURT NUMBER

**CR  07     0288**

**MHP**

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70242

Name and Office of Person Furnishing Information on THIS FORM

KEVIN V. RYAN

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

Denise Marie Barton

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)

N.D. Cal.

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges }  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST** ►

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►

Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  ·SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3

4

5                        E-filing

6

7

8              UNITED STATES DISTRICT COURT .

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        CR No.  07    0288

13          Plaintiff,              )   VIOLATION: Title 18, United States Code,
                                    )   Section 4 – Misprision of a Felony
14      v.                          )
                                    )   SAN FRANCISCO VENUE
15                                  )
   FRANCISCO RAMIREZ-VASQUEZ,       )
16                                  )
          Defendant.                )
17  _____)

18
                        INFORMATION
19

20  The United States Attorney charges:

21          On or about April 20, 2007, in the Northern District of California, the defendant,

22                  FRANCISCO RAMIREZ VASQUEZ,

23  having knowledge of the actual commission of a felony cognizable by a court of the United

24  States, to wit, Title 8, United States Code, Section 1324, Transportation of Aliens, did conceal

25  the same by alerting the illegal aliens that law enforcement had pulled over the van I was driving

26  at the direction of Jose Jesus Madrigal-Diaz, which led the aliens to attempt to hide in the back of

27  the van, and did not as soon as possible make known the same to some judge or other person in

28  //


INFORMATION

1  civil or military authority under the United States, all in violation of Title 18, United States Code,

2  Section 4.

3

4  DATED: May 10, 2007

5

6  SCOTT N. SCHOOLS
   United States Attorney

7

8  IOANA PETROU
   Assistant United States Attorney

9  Chief, Major Crimes Section

10

11

12  (Approved as to form: _____
                          AUSA BARTON

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INFORMATION                    2