**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: May 11, 2007

Case No.   CR 07-0288  MHP                    Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- FRANCISCO RAMIREZ-VASQUEZ (b)(SP)

Attorneys:    Plf: Denise Barton
              Dft: Ron Tyler

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball    Int: Melinda Basker

**PROCEEDINGS**

1)  Trial Setting/Change of Plea

2)  

3)  

**ORDERED AFTER HEARING:**

Defendant present in court; Defendant advised of rights and charges, and waives further hearing and/or trial; Defendant enters a guilty as charged by information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 8/27/2007 at 9:00 am