AO 455 (Rev. 12/03) Waiver of Indictment

# United States District Court

**Northern** DISTRICT OF **California**

UNITED STATES OF AMERICA

V.

Francisco Ramirez Vasquez

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-0288 MHP

I, **Francisco Ramirez Vasquez**, the above named defendant, who is accused of

**misprision of a felony**

FILED
MAY 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **May 11, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge