UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: August 27, 2007

Case No.   CR 07-0288 MHP          Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- FRANCISCO RAMIREZ-VASQUEZ (b)(SP)

Attorneys:   Plf: Denise Barton
             Dft: Ron Tyler

Deputy Clerk: Anthony Bowser   Court Reporter: Sahar McVicker   Int: Fanny Suarez

PROCEEDINGS

1) Judgment & Sentencing

2) _____

3) _____

ORDERED AFTER HEARING:

Defendant present in court; Counsel submit after further discussion of Presentence Report; Court adopts findings of fact (as amend by bench order) and guideline calculations; Defendant sentenced as follows:

> Custody of BOP for 3 months; TSR of 1 year with standard and special conditions of release as listed in Judgment & Commitment Order; Fine waived; S/A of $100, to be paid prior to self surrender date, and then from IFRF, with remaining balance to be paid $10/month during term of supervised release; Mandatory drug testing waived;

Court recommends placement of defendant in facility located near place of residence; Request of voluntary surrender granted, and defendant shall surrender not later than 10/26/2007; Remaining counts if any are dismissed; Bail ordered exonerated upon surrender.